ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CLEARWATER, an individual, | Case No.: 2:22-cv-02179-CDS-DJA |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING |
| NEVADA GOLD MINES LLC; BARRICK GOLDSTRIKE MINES INC, d/b/a and a/k/a NEVADA GOLD MINES; DOES I-X and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

Defendant NEVADA GOLD MINES LLC; BARRICK GOLDSTRIKE MINES INC,[1] d/b/a and a/k/a NEVADA GOLD MINES ("Defendants"), by and through their undersigned counsel of record of SIMONS HALL JOHNSTON PC, and Plaintiff COURTNEY CLEARWATER, by and through her counsel of record GABROY MESSER, hereby stipulate and request that this Court extend the Defendants responsive pleading deadline in the above-captioned

---

[1] The parties are conducting due diligence on whether Barrick Goldstrike Mines, Inc. is a proper party to this litigation.

matter up to and including **Wednesday, April 5, 2023**.

     This is the first request for an extension of this deadline.  This request is made in good faith and is not for the purpose of delay, and will not result in any undue delay or prejudice.

| | |
|---|---|
| DATED:  March 6, 2023 | DATED:  March 6, 2023 |
| GABROY MESSER | SIMONS HALL JOHNSTON PC |
| /s/ Christian Gabroy | /s/ Jonathan A. McGuire |
| CHRISTIAN GABROY, ESQ. | ANTHONY L. HALL, ESQ. |
| Nevada Bar No 8805 | Nevada Bar No. 5977 |
| christian@gabroy.com | ahall@shjnevada.com |
| KAINE MESSER, ESQ. | JONATHAN A. McGUIRE, ESQ. |
| Nevada Bar No. 14240 | Nevada Bar No. 135280 |
| kmesser@gabroy.com | jmcguire@shjnevada.com |
| 170 South Green Valley Parkway, Ste. 280 | 690 Sierra Rose Drive |
| Henderson, NV 89012 | Reno, Nevada 89511 |
| (702) 259-7777 – Telephone | (775) 785-0088 – Telephone |

IT IS SO ORDERED.

DATED this   7th    day of March, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE